# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ETTORE MAZZEI , PRO SE
_____

_____
**Write the full name of each plaintiff.**

No. _____
(To be filled out by Clerk's Office)

-against-

CIVIL RIGHTS
**COMPLAINT**
42 USC 1983

(DET) DETECTIVE ARTHUR TRUSCELLI , DET
BRENDAN O'BRIEN , JANE DOE , JOHN DOE
POLICE OFFICER   POLICE OFFICER
Det WILKINSON, NYC POLICE DEPARTMENT,
NEW YORK CITY , POLICE OFFICER ACIERNO
Det
CARUSO
# 348

Do you want a jury trial?
☒ Yes  ☐ No

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

SEE
ATTACHED

RECEIVED
SDNY PRO SE OFFICE
2024 OCT 21  PM 2:17

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only:* the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights     tort UABILITY

☒ Other: violation of my federal constitutional rights under

## II. PLAINTIFF INFORMATION                                                    42 USC 1985

Each plaintiff must provide the following information. Attach additional pages if necessary.

EtHORE                  D                  MAZZEI
**First Name**          **Middle Initial**          **Last Name**

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

B&C 5412400411     NYSID 06492361 K

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

11-11 HAZEN STREET RNDC MeS

**Current Place of Detention**

**Institutional Address**

BRONX    E. EMHURST NY         11370.
**County, City**          **State**          **Zip Code**

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other:

ETHORE IS A LAY PERSON IN THE MATTERS OF LAW AND SEEKS THIS COURTS INDULGENCE FOR DEFECTS, FAULTS AND ERRORS.

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    ARTHUR    TENSCELLI    691

First Name            Last Name            Shield #

DETECTIVE

Current Job Title (or other identifying information)    120 PCT

70 RICHMOND TERRACE SI NY 10301

Current Work Address

RICHMOND    SI    NY    10301

County, City            State            Zip Code

Defendant 2:    BRENDAN    O'BRIEN

First Name            Last Name            Shield #

DETECTIVE

Current Job Title (or other identifying information)

120 PCT    70 RICHMOND TERRACE

Current Work Address

RICHMOND    SI    NY    10301

County, City            State            Zip Code

Defendant 3:    JANE    DOE

First Name            Last Name            Shield #

COP OR DETECTIVE

Current Job Title (or other identifying information)

120 PCT    70 RICHMOND terrace

Current Work Address

RICHMOND    SI    NY    10301

County, City            State            Zip Code

Defendant 4:    JOHN    DOE    POLICE OFFICER

First Name            Last Name            Shield #

RICHMOND county police or police officer

Current Job Title (or other identifying information)

130 STUYVESANT place 6th FL

Current Work Address

RICHMOND    SI    NY    10301

County, City            State            Zip Code

IV. DEFENDANT INFORMATION (CONTINUED)

DEF. 5. DET WILKINSON   WARRANT SQUAD
        120 PRECINCT  70 RICHMOND TERRACE
        SI, NY 10301, RICHMOND COUNTY

DEFENDANT 6. NEW YORK CITY POLICE DEPARTMENT
             ONE POLICE PLAZA  NEW YORK NY 10038

DEFENDANT 7. NEW YORK CITY CORPORATION COUNSEL
             100 CHURCH STREET  NY, NY 10007

DEFENDANT 8. DET THOMAS CARUSO SHIELD # 348
             70 RICHMOND TERRACE  120 PCT
             SI NY 10301

DEFENDANT 9  POLICE OFFICER ACIERNO
             120 PCT  70 RICHMOND TERRACE
             ST NY 10301

DEFENDANT 10  UNDERCOVER COP 210
              120 PCT  70 RICHMOND TERRACE
              SI NY 10301

## V.    STATEMENT OF CLAIM

② 120 PCT 70 RICHMOND TERRACE SI NY 10301

Place(s) of occurrence: ① TARGEE STREET just south of VANDERBILT AVENUE SI NY 10304

Date(s) of occurrence: ① 5/22/24 APPROX 3³⁰ AM ② 5/22/24 Approx 9³⁰ AM

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary. the following claims are alleged BECAUSE they were without LEGAL PROCESS.

① PLAINTIFFS ARREST ON 5/22/24 ON TARGEE STREET SI AT APPROX 3³⁰ AM WAS NOT PROCEDURAL AS PER the law. AS A PASSENGER IN HIS 1992 INFINITI, DETECTIVES BOXED IN HIS CAR IMMEDIATELY ASKED HIM TO STEP OUT of the car and handcuffed plaintiff AND HIS DRIVER TATIANA RODRIGUEZ. they did not tell plaintiff there was a warrant for his ARREST, DETECTIVES DID NOT TELL plaintiff WHY HE WAS BEING ARRESTED AND FOR WHAT CHARGES. THEY SEARCHED HIS POCKETS, PLACES HIM IN A POLICE CAR AND BROUGHT HIM to the 120 PRECINCT AND PLACES HIM IN 3ᴿᴰ FLOOR DETECTIVE DEN AFTER BOOKING HIM. NO WARRANT FOR PLAINTIFFS ARREST WAS EVER SHOWN to HIM, AND till DATE, plaintiff HAS NOT RECEIVED WARRANT FOR HIS ARREST. ② AT APPROX 9³⁰ AM AT 120 PCT WHILE HANDCUFFED IN THE LOBBY OF PRECINCT, DETECTIVE CUSTODIAL INTERROGATES plaintiff. DETECTIVE AGGRESSIVELY YELLED AT PLAINTIFF STATING "WHERE ARE THE DRUGS" PLAINTIFF SAID "THERE ARE NONE" DETECTIVE SAID "IF YOU DON'T TELL ME WHERE THE DRUGS ARE, I WILL TEAR APART ALL (5) OF YOUR PROPERTIES, DESTROY YOU, YOUR business AND FAMILY" NO MIRANDA RIGHTS WERE READ. EXACT WORDING COULD OF VARIED AND CONTEXT WAS SAME.

PLAINTIFF WAS UNDER DURESS AND WAS TRAUMATIZED.
PLAINTIFF HAS EXHAUSTED ALL HIS REMEDIES PRIOR
TO FILING THIS LAWSUIT. ATTACHED ARE DISCOVERY
REQUEST TO HIS ATTORNEY WHO SAID HE SENT ALL
DISCOVERY TO JAIL IN THE BEGINNING OF JULY WITHOUT
RECEIPT AND PLAINTIFF FILES FOIL REQUEST.
WITH NYPD AND THEY HAVE NOT SENT REQUEST INFO
EXHIBIT #1 AND EXHIBIT #2. IAB AND CCRB
HAVE BEEN CONTACTED AND I AWAIT RESPONSE EX #3
( Continued on attached )

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PLAINTIFF ALLEGES BECAUSE OF THE ACTIONS OF THE
DEFENDANTS AND SUBSEQUENT ACTIONS AND
INDIGNITIES, PLAINTIFF HAS SUFFERED AND CONTINUES
TO SUFFER FROM P.T.S.D, EMOTIONAL TRAUMA AND
DISTRESS, INDUCED ANXIETY AND OTHER
EMOTIONAL AND PSYCHOLOGICAL INJURIES+ DEPRIVATION

**VI.   RELIEF** OF LIBERTY,

State briefly what money damages or other relief you want the court to order.

BECAUSE OF THE ALLEGED ACTION OF THE KNOWN AND
UNKNOWN DEFENDANTS, PLAINTIFF HAS SUFFERED
ACUTE TRAUMA AND DEMANDS MONETARY COMPENSATION
TO THE AMOUNT OF EIGHT MILLION DOLLARS ($8,000,000)
ALONG WITH INJUNCTIONS AND PROTECTION AGAINST
ALL OF THE KNOWN AND UNKNOWN DEFENDANTS.
HE PRAYS FOR PUNITIVE, PRESUMED, HEDONIC AND
GENERAL DAMAGES. AND SPECIAL DAMAGES FOR PROCEDURES
AGAINST HIS RIGHTS PERFORMED WITHOUT LEGAL PROCESS

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 10/8/24 | | |
|---------|---|---|
| **Dated** | | **Plaintiff's Signature** |
| EHORE | D | MAZZEi |
| **First Name** | **Middle Initial** | **Last Name** |
| 11-11 HAZEN STREET | | RNDC M8S |
| **Prison Address** | | |
| BRONX, E. ELMHURST | NY | 11370 |
| **County, City** | **State** | **Zip Code** |

Date on which I am delivering this complaint to prison authorities for mailing: _____

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 10 / 8 / 24 | | |
|---|---|---|
| **Dated** | | **Plaintiff's Signature** |
| ETTORE | D | MAZZEI |
| **First Name** | **Middle Initial** | **Last Name** |
| 11-11 HAZEN STREET | RNDC | MBS |
| **Prison Address** | | |
| BRONX, E. EWIHVRST | NY | 11370 |
| **County, City** | **State** | **Zip Code** |

Date on which I am delivering this complaint to prison authorities for mailing: _____

FACTS (continued from page 5)

BACKGROUND

(3) INDICTMENT #70363-24/001 CRIMINAL SALE OF A CONTROLLED SUBSTANCE (CSCS) LACKS MERITS. PLAINTIFF WAS NEVER CAUGHT WITH NARCOTICS WHETHER IT BE POSSESSION OR SALES DURING AN 1.5 YEAR INVESTIGATION WITH OVER 125 COPS AND/OR DETECTIVES AND 7 MONTH WIRETAP. INVESTIGATION WAS FROM DEC 2022 TO MAY 22ND 2024. ETTORE'S PART-TIME WORKER ALLEGEDLY SOLD NARCOTICS TO AN UNDERCOVER COP (UC210) 15X IN OR AROUND ETTORE'S PROPERTY AND ETTORE IS ACCUSED OF BEING THE SUPPLIER BASED ON SUGGESTIONS, "IN MY OPINION" AND CODED AND ENCRYPTED TEXT MESSAGES. PROSECUTOR (RCDA) CALCULATES ALLEGED GROSS SALES OVER 14 MONTH BUYS BY UC210 FROM ETTORE'S PART-TIME WORKER TO BE BETWEEN $16,000 AND $18,000, AN AVERAGE OF $43 PER DAY. FACTS: IN VIOLATION OF ETTORE'S RIGHTS, BAIL IS SET AT $5 MILLION DOLLARS ($5,000,000). A KINGPIN SELLS ($75,000) SEVENTY FIVE THOUSAND IN NARCOTICS OVER ONE YEAR. ETTORE ALLEGES THAT BAIL OF KING PINS VARIES FROM ($250,000) TWO HUNDRED AND FIFTY THOUSAND TO ($750,000) SEVEN HUNDRED AND FIFTY THOUSAND. IN ADDITION THIS IS ETTORE'S 1ST OFFENSE, NON VIOLENT. 2019 AND 2020 BAIL REFORM AND AMENDMENTS STATE "LEAST RESTRICTIVE" RIGHTS VIOLATED INCLUDES "ABUSE OF DISCRETION" PAGE 5 (2)

FACTS (CONTINUED FROM PAGE 5)

(4) JUDGE MATTEI THAT ISSUED WARRANTS ALLEGEDLY
WITH INFORMATION PROVIDED TO HIM BASED ON
SUGGESTIONS AND LIES TO INCLUDE "MAZ'S
BUSINESSES REVEALED THAT THESE ENTITIES
ARE NOT PROFITABLE AND CONDUCT LITTLE TO
NO LEGITIMATE BUSINESS" EXHIBIT #4 PAGE
1 ITEM #20. THESE LIES WERE CORRABORATED
BY RCDA FORENSIC ACCOUNTANT WHO REVIEWED
MY FINANCIALS INCLUDING TAX RETURNS FOR
1.5 YEARS AND BY RCDA WHO HELD BAIL
SOURCE HEARINGS WITH ETTORE 2X IN FALL
OF 2023 AND WINTER OF 2024 FOR CARLOS
GUAL. BAIL WAS $150,000 FOR CARLOS GUAL
AND ETTORE WAS APPROVED BY RCDA AND
JUDGE TO PLACE BAIL BASED ON HIS LEGITIMATE
INCOME. ETTORE'S PERSONAL TAX RETURN
ANNEXED EXHIBIT #5 THAT SHOWS GROSS
OF ($394,540.00) THREE HUNDRED AND NINETY
FOUR THOUSAND, FIVE HUNDRED AND FORTY DOLLARS.
THIS GROSS INCOME DOES NOT INCLUDE HIS PRIMARY
BUSINESS CHEZ VOUS CATERERS AND PARTY RENTALS
GIVEN THOSE TAX RETURNS ARE NOT AVAILABLE TO
ETTORE. THERE ARE MANY OTHER LIES, SUGGESTIONS
AND "IN MY OPINIONS" IN STATEMENT USED BY
RCDA TO ACQUIRE WARRANTS. ETTORE DID NOT
INCLUDE RCDA IN DEFENDANT LIST DUE TO
AVOIDING ATTACK ON CRIMINAL JUDGMENT.

5 PLAINTIFF ALLEGES TORT OF MALICIOUS PROSECUTION FOR DAMAGES FOR A DEPRIVATION OF LIBERTY.

5 HIS SEIZURE WAS without LEGAL PROCESS. TO DATE, NO WARRANT OF ARREST HAS BEEN PROVIDED TO PLAINTIFF. NO WARRANTS TO SEARCH HIS HOME, BUSINESSES AND TARGET LOCATIONS, ALL 8, HAVE NOT BEEN PROVIDED TO HIM. CHARGING DOCUMENT CONTAINED FALSIFIED INFORMATION EXHIBIT #

POST ARRAIGNMENT DEPRIVATION includes
A) ON SEPTEMBER 12TH IN THE STATEN ISLAND (SI) COURTHOUSE 26 CENTRAL AVENUE, WARRANT SQUAD DET WILKINSON HANDCUFFED PLAINTIFF, REMOVING HIM FROM HOUSING CELL AND ASK PLAINTIFF TO GET BOOKED AND FINGERPRINTED FOR A NEW INDICTMENT# 70623-24. PLAINTIFF ASKED FOR HIS ATTORNEY MARK FONTEPPIE TO PROCESS GIVEN HE WAS NOT AWARE OR PRIVILEGED TO BE AT GRAND JURY INDICTING HIM. DET WILKINSON, DET D'AMATO, DET TRUSCELLI, DET O'BRIEN, DET JANE DOE AND JOHN DOE, APPROXIMATE TOTAL OF 8 DETECTIVES TOLD PLAINTIFF ~~HE~~ HE DOES NEED HIS ATTORNEY, MOCKED HIM, CURSED AT HIM AND SAID IF YOU DON'T LETS US FINGERPRINT YOU, WE WILL RIP YOU OUT OF YOUR CHAIR. THEY WOULD NOT TELL WHY AND FOR WHAT CHARGE PLAINTIFF WAS BEING ARRESTED AFTER HE ASKED. RIGHTS VIOLATED INCLUDES "FAILURE BY OTHER DETECTIVES TO INTERVENE" THREATS, CUSTODIAL INTERROGATION, ETC.

5. CONTINUED: PLAINTIFF WAS BROUGHT IN FRONT OF JUDGE GRAY AFTER HIS REFUSAL TO GET FINGER-PRINTED WITHOUT BEING TOLD WHY HE WAS BEING ARRESTED AND FOR WHAT CHARGE. HIS ATTORNEY WAS PRESENT AND PLAINTIFF ON THE RECORD TOLD JUDGE GRAY HIS 6TH AMENDMENT RIGHT TO FACE HIS ACCUSER WAS VIOLATED. JUDGE GRAY STATED IF YOU DONT GET FINGERPRINTED, SHE WOULD ORDER IT. PLAINTIFF ON THE RECORD TOLD JUDGE GRAY OF CUSTODIAL INTERROGATION, CUSTODIAL MOCKERY, ABUSE, ABUSE OF POWER BY DETECTIVES INCLUDING THREATS TO HIS PHYSICAL BODY. THE DETECTIVES WERE ON THE PHONE WITH THE PROSECUTOR ASSUMED TO BE ADA MATTHEW FAMBURG AND THEY KEPT SAYING YOUR ATTORNEY DOES NOT HAVE TO BE PRESENT WHICH WAS CONFIRMED TO PLAINTIFF BY THEM FROM PROSECUTOR. THEY NEXT DAY PLAINTIFF WAS FINGER-PRINTED FOR INDICTMENT#              WITH ATTORNEY PRESENT AND BAIL WAS SET AT $1 MILLION DOLLARS ($1,000,000) ACTIONABLE CONSPIRACY IS ALLEGED FOR SEPTEMBER 12TH THREATS, ABUSE AND VIOLATIONAL RIGHTS. PLAINTIFFS (2) CODEFENDANTS WHO ALLEGEDLY POSSESSED STOLEN CREDIT CARDS AND BANK INFORMATION WERE TREATED DIFFERENTLY. CODEFENDANT PAID BILLS FOR PLAINTIFF IN EXCHANGE FOR 50% OF BLOCK 496 LOT 50 AN EMPTY LOT TO BE DEVELOPED. PLAINTIFF WAS UNAWARE OF CRIME COMMITTED. PLAINTIFF ALLEGES VIOLATION OF EQUAL PROTECTIVE UNDER USC 42 1985

6) STATE FORFEITURE CLAIM: AS PER THE LAW, CRIMINAL FORFEITURE OCURS AFTER CONVICTION. POLICE OFFICERS AND THE NYC POLICE DEPARTMENT SEIZED PLAINTIFFS ASSETS BEFORE CONVICTION EXHIBIT #4
PLAINTIFFS LEGITIMATE INCOME IS APPROXIMATELY $400,000 PER YEAR, ACCUSED CRIMINAL SALE OF A CONTROLLED SUBSTANCE APPROXIMATELY $15,000 PER YEAR.

7) FIVE SEALED INDICTMENTS WAS "NO FAIR DEALING" TO PLAINTIFF AGAINST HIS CONSTITUTIONAL RIGHTS. AFTER PLAINTIFFS ARREST ON 5/22/24 ON INDICTMENTS 70363-24 AND 70362-24, THE NEXT THREE SEALED INDICT— MENTS WERE AGAINST PLAINTIFFS CONSTITUTIONAL RIGHTS. SEALED INDICTMENTS A) PREVENT FLIGHT B) PROTECTS GRAND JURORS C) PREVENTS TAMPERING WITH WITNESSES D) PROTECTS INNOCENT ACCUSED E) ASSURANCE TO PROSPECTIVE WITNESSES. AS AN INCARCERATED INDIVIDUALS 8/5/24 AND 9/13/24 ARRAIGNMENTS ON INDICTMENTS #70407-24, #70406-24 AND 70623-24 WERE UNCONSTITUTIONAL TO PLAINTIFF. ALL FIVE INDICTMENTS WERE MULTIPLIOUS AND OFFENSES UNCONSTITUTIONAL

8) CUSTODIAL INTERROGATION AND RIGHT TO
COUNSEL UNCONSTITUTIONAL ON 9/12/24.
DETECTIVE WARRANT SQUAD DETECTIVE WILKINSON,
DET. D'MATO, DET TRUSCELLI, DET O'BRIEN,
DET JANE DOE AND JOHN DOE TOOK PLAINTIFF
FROM STATEN ISLAND (SI) COURTHOUSE HOLDING
CELL AND SAID HE WAS BEING ARRESTED ON
ANOTHER CHARGE. PLAINTIFF ASKED FOR HIS
ATTORNEY MARK FONTE AND DETECTIVES
REFUSED TO CALL PLAINTIFFS ATTORNEY,
MOCKED PLAINTIFF, CURSED AT PLAINTIFF,
CALLED HIM NAMES, THREATENED PLAINTIFF,
REFUSED TO TELL HIM WHY HE WAS BEING
ARRESTED AND FOR WHAT CHARGE. DETECTIVES
BROUGHT PLAINTIFF IN FRONT OF JUDGE GRAY,
ON THE RECORD PLAINTIFF ASKED JUDGE TO
BE PRESENT AT GRAND JURY, STATES THAT
TOP CHARGE GRAND LARCENY DID NOT REQUIRE
SEALED INDICTMENT AND SECRET GRAND JURY.
GRAND JURY TESTIMONY WAS NOT AFFORDED TO
PLAINTIFF AND ON 9/13/24, PLAINTIFF WAS
FINGERPRINTED AND ARRESTED FOR INDICTMENT
# 70623-24. BAIL SET AT $1 MILLION DOLLARS.

8A) CUSTODIAL INTERROGATION OF MY THREE GRAND
CHILDREN AT 701 LBAY STREET AFTER THEIR
MOTHER AND FATHER WAS ARRESTED AND
TAKEN TO PRECINCT WAS UNCONSTITUTIONAL.
GRANDCHILDREN TABLETS WERE TAKEN, PASSWORD AND PERSONAL

PLAINTIFFS

9) EQUAL PROTECTION CONSTITUTIONAL RIGHTS WERE VIOLATED. PLAINTIFF WAS A VICTIM OF IDENTITY THEFT. IDENTITY THEFT COMPLAINT AGAINST ASHLEY CARBONE, PLAINTIFFS CODEFENDANT ON INDICTMENT # 70362-24 WAS REPORTED TO DET MENONI AT 120 PRECINCT APPROXIMATELY MARCH 2024. ASHLEY HAD DEALINGS WITH CODEFENDANT JUSTIN ROPER, PLAINTIFFS CODEFENDANT ON INDICTMENT # 70623-24 BAIL IS MUCH LESS THAN PLAINTIFF    . JUSTIN HAS A CRIMINAL BACKGROUND. PLAINTIFF HAS NEVER BEEN ACCUSED OF A CRIME, THE CRIMES ACCUSED OF STARTING 5/22/24 AND FOUR OTHER INDICTMENTS TO FOLLOW, WERE ALL NON VIOLENT. PLAINTIFF IS NOT A FLIGHT RISK, HAS BUSINESS AND HOME AND FAMILY TO INCLUDE CHILDREN AND GRAND KIDS ADJACENT TO ONE ANOTHER. FOR 38 YEARS HE IS IN GOOD STANDING IN BUSINESS, AS FAMILY MAN AND WITH THE COMMUNITY. THIRD CODEFENDANT LEROY VINCENT ON INDICTMENT # 70623-24 WAS RELEASED ON HIS OWN RECOGNIZANCE.

RIGHTS VIOLATED INCLUDES "FAILURE TO INTERVENE" AND "FAILURE TO INVESTIGATE" BY POLICE AND DETECTIVES BAIL OF CODEFENDANTS ON ALL INDICTMENTS UNEQUAL TO PLAINTIFF

10) PLAINTIFF PLEADS THE EXISTENCE OF A CONSPIRACY CONNECTING DEFENDANTS WITH AN ACTIONABLE TORT AND THAT DEFENDANTS ACTIONS WERE PART OF A COMMON THEME A) DEFENDANT LIED IN ACCUSATORY STATEMENT THAT CAUSES WARRANTS SIGNED BY JUDGE MATTEI THAT CAUSES ARREST OF PLAINTIFF AND "NO KNOCK" WARRANTS EXHIBIT #4

B) DEFENDANTS NYC DEPARMENT OF BUILDINGS AND DETECTIVES WERE PART OF A SCHEME THAT SHUT DOWN PLAINTIFFS LEGAL MEN'S DORMITORY. CERTIFICATE OCCUPANCY WAS ISSUED FOR MEN'S DORMITORY AT 691 BAY ST 3RD FLOOR 5/15/58 AND OVER THE LAST FIVE YEARS DOZENS OF INSPECTIONS WERE DONE BY NYC DEPART OF BUILDINGS, HPD, ACS, PRIVATE REAL ESTATE AGENTS WHO RENTED DORMS AND CIVIL COURT JUDGES AT CIVIL COURT 927 CASTLETON AVE SI NY HAVE INSPECTED CERTIFICATE OF OCCUPANCY WITH NO INCIDENT. ON OR ABOUT 5/29/24 A WEEK AFTER PLAINTIFFS ARREST AND SEARCHES, NYC DOB VACATED DORMITORY AND ISSUED OVER $700,000 IN FINES. THE FINES ARE A VIOLATION OF PLAINTIFFS US CONSTITUTIONAL RIGHTS.

10) continued: NYC DEPT OF BUILDINGS, NYC DETECTIVES AND RCDA CONSPIRED AGAINST PLAINTIFF DEPRIVING PLAINTIFF OF EQUAL PROTECTION OF THE LAWS FOR THE PURPOSE OF HINDERING THE PLAINTIFFS LIBERTY EXHIBIT # 6 691 MEN'S DORMITORY CERT OF OCCUPANCY

ON SEPT 12TH 2024, AT SI COURTHOUSE DETECTIVES AND RCDA CONSPIRED ON THE PHONE THREATENING PLAINTIFF, MOCKING AND CURSING AT PLAINTIFF FOR HIS REFUSAL TO GET FINGERPRINTED UNTIL HIS ATTORNEY CAME. THEY REFUSED TO TELL PLAINTIFF WHY HE WAS BEING ARRESTED AND FOR WHAT CHARGES. THEY THREATENED TO RIP HIM OUT OF HIS CHAIR WHILE HANDCUFFED AND FORCE HIM TO GET FINGERPRINTED. THEY KNEW PERSONAL INFORMATION ABOUT PLAINTIFF INCLUDING FILING LAWSUITS AGAINST NYC.

DETECTIVES MOCKED PLAINTIFF ABOUT HIS NEW BEARD AND MOUSTACHE AND MOCKED HIM FOR FILING LAWSUITS. PLAINTIFF NEVER TOLD DETECTIVES ABOUT LAWSUIT, IT IS ASSUMED RCDA STAFF IS LEAKING PLAINTIFFS CASE INFORMATION. OTHER DETECTIVES WATCHED THIS MOCKERY AND PLAINTIFF ACCUSED DETECTIVES OF " FAIL TO INTERVENE"

7A) SEALED GRAND JURY FOR INDICTMENTS
# 70407-24 AND # 70406-24 ON 2/5/24
AND #70623-24 ON 9/13/24 WHICH ARRAIGNED
AND ARRESTED PLAINTIFF WAS UNCONSTITUTIONAL,
FOR THE FOLLOWING REASONS: A) THE
PLAINTIFF WAS ALREADY INCARCERATED, BEING
INCARCERATED ON 5/22/24 ON SEALED GRAND
JURY, ARRAIGNMENT AND ARREST AND WAS
NOT A FLIGHT RISK B) SEALED GRAND JURY
DID NOT ADD FREE DISCLOSURE OF INFORMATION
BY WITNESSES SINCE PLAINTIFF WAS ALREADY
INCARCERATED. SECRETCY HAS BEEN AN INTEGRAL
FEATURE OF GRAND JURY PROCEEDINGS SINCE
WELL BEFORE THE FOUNDING OF OUR NATION, AND
SECRECTCY WAS AGAINST PLAINTIFFS CONSTITUTIONAL
RIGHTS GIVEN IT DID NOT PRESERVE PLAINTIFFS
REPUTATION DUE TO PRESS BEING INVITED TO
COVER ARRAIGNMENT AND ARREST AND BEING
ALREADY ARRESTED, THE SECRETCY DID NOT FURTHER
SAFEGUARD THE INDEPENDENCE OF THE GRAND JURY.
SECRECY IS NOT ABSOLUTE
IN ADDITION, RICHMOND COUNTY DISTRICT ATTORNEY
SUPERVISED RELEASE EMPLOYEE DISCLOSED,
INTENTIONALLY, GRAND JURY SECRET INDICTMENTS
(ALL FIVE) AND RESULTS OF GRAND JURY
PROCEEDINGS TO PLAINTIFFS TENANT AND GRAND
JURY WITNESS IN INDICTMENT # 70407-24, FUAD
ODEH AND TO THE GENERAL PUBLIC.

EXHIBIT #1 pg 1

Mailed certified mail 7/5/24

TO: MARK FONTE ESQ          Date: 6/25/24
2550 Victory blvd #304
SI ny 0314

RE: People v. Steve Mazzei

Indictment #: 70363-24/001   70362/24/001   70406-24/001
Dear Sir / Madam:                                      70407-24/001

    I'm writing to you with reference to the legal documents or court papers which I need in order to fully understand the charge(s) presently lodged against me and pending before the court. I know that you are extremely busy and I believe that you represent me in a professional and competent manner, however, I will not be able to participate knowingly and intelligently in my own defense without personally reviewing the evidence, legal documents,  and court papers in this case.

    Please be advised that at this time I respectfully request that you forward me, at your earliest convenience, photocopies of the following documents or court papers listed below, as well as all other records, papers, documents, and evidence related to my case which will assist in my preparation for an adequate defense.

1. Felony or Misdemeanor Complaint;
2. Indictment form;
3. Voluntary Disclosure form;
4. Discovery Motion;
5. Omnibus Motion:
6. Peoples' Response to Omnibus Motion;
7. Copy of any statements alleged to have been made by me;
8. Arrest Interrogation Report;
9. Arrest Report;
10. Arrest Report Supplement;
11. Arrest Report Brief;
12. Arrest Worksheet;
13. Buy Corroboration Report:
14. C.C.I.U. Fact Sheet (Career Criminal Investigation unit);
15. Central Booking Control Sheet
16. Central Complaint Desk Sheet (Index);
17. Central Complaint Desk Report;
18. Command Discipline Log;
19. Command Discipline Quarterly Report;
20. Command Discipline Report/ Ejection Recapitulation of Detectives' Arrest activity
21. Complaint Follow-Ups (DD5's);
22. Complaint Index;
23. Complaint Report;
24. Complaint Report Worksheet;
25. Crime Index Worksheet;
26. Crime Index Data Sheet;
27. Crime Index Documents;
28. Daily Activity Log Sheets;
29. Electronic Communications Report;
30. Enhancement Report;
31. Incident Report;
32. Interrupted Report;
33. Interrupted Patrol Log;
34. Investigation Activity Log;
35. Memorandum Book entries;
36. 911 Report;
37. On-Line Booking Systems Arrest Worksheet;

EXHIBIT pg 2

38. Patrolman's Log;
39. Patrolman's Monthly Activity Report;
40. Patrolman's Superior's Report of Felony;
41. Plainclothes Patrolman's Monthly Activity Log;
42. Police Laboratory Analysis Report;
43. Police Radio Transcripts;
44. Police Worksheet;
45. ADA Worksheet;
46. Property Clerk's Invoice;
47. Radio Alarm;                              *missing indictment # or*
48. Radio Units;                              *70362-24/001*
49. Request for Commendation;
50. Scratch Pad (PU 155-110);
51. Sergeant's Monthly Activity Report;
52. Sprints Sheets;
53. Supervisor's Log;                         *protective order :*
54. Supplementary Report;                     *application to redact*
55. Video Tapes;                              *my indictment*
56. Vouchers;
57. Any police reports that are not exempt from property;
58. Any other information necessary for research and preparation for my offenses including but not limited to **Brady & Rosario** material.

If you do not have these documents in your possession, I respectfully request that you subpoena them prior to the statutory period of discovery.

Thank you for your time and patience.  I look forward to hearing from you in the very near future.

Respectfully,

Defendant

*541 2400 411*
B&C Number

Sworn to before me this *26th* day
of *June*, 20*24*.

*ellose mazzei*

Notary Public

OLGA L. RIVER...
Notary Public · State of ...
No. 01RI638396...
Qualified in Bronx County
My Comm. Expires Jan. 11, 202...

Richmond County Supreme Court
Criminal Term Rm 240
26 Central Avenue
Staten Island, New York 10301


July 17 2024


Ettore Mazzei 5412400411
1500 Hazen St Nic 6S
E. Elmurst NY 11370

Sir:

    We are in receipt of your request for discovery on your pending case.  Please be advised all documents pertaining to your case are given to your attorney.  If you would like additional copies it would cost .65 cents per page.  Also please be aware some discovery may be sent electronically to your lawyer and would not be part of the court file so please check with your lawyer to obtain any documents you may need.

    Thank you,


Richmond County Clerks Office

ON JULY 28th I SENT
MY CHILDREN MELISSA &
DAVID to pick up DISCOVERY
FOR .65 PER PAGE AND
ANTHONY DESTEFANO CRIMINAL
CHIEF CLERK SENT THEM
AWAY WITH NO DISCOVERY.
MR DESTEFANO SAID IT MUST
COME FROM YOUR LAWYER.

EXHIBIT # 1   pg 4

Mazzei 65

The person in custody (PIC) should contact the attorney handling the case and request that their electronic data be sent to DOC's headquarters.  Electronic discovery video files must be converted and saved to <u>Windows compliant MP4 video files</u>.

Discovery material must be mailed or hand-delivered to:

- Katherine Ajayi, Agency Attorney
  New York City Department of Correction
  Litigation Support Unit, Legal Division
  75-20 Astoria Boulevard, Suite 305
  East Elmhurst, NY 11370

  718-546-0958

SENt to AttoRNEy
MARK FoNtE

Exhibit P



POLICE DEPARTMENT
LEGAL BUREAU
F.O.I.L Unit, Room 110C
One Police Plaza
New York, NY 10038

Eflore Mazzel 5412400411
1500 Hazen St
East Elmhurst, NY, 11370

July 12, 2024

FOIL Request #: FOIL-2024-056-18905
Your File #:

Dear Sir or Madam:

    This is in response to your request received by this office on July 9, 2024 in which you requested access to certain records under the New York State Freedom of Information Law (FOIL).

    Your request has been assigned to Police Officer DENNIS (646-610-6445) of this office. Before a determination can be rendered, further review is necessary to assess the potential applicability of exemptions set forth in FOIL, and whether the records can be located. I estimate that this review will be completed, and a determination issued within 90 business days of this letter.

    This is not a denial of the records you requested. Should your request be denied in whole or in part, you will then be advised in writing of the reason for any denial, and the name and address of the Records Access Appeals Officer.

Very truly yours,

Cynthia Acerra
Sergeant
New York City Police Department (NYPD)

This letter is in response to my FOIA request
for 1) arrest at 3³⁰ am 5/22 on Targee st
Just south of vanderbilt avenue after being
followed by sane police for 1.5 hours. CPL 120.80

2) Custodial interrogation on 5/22 approx
9³⁰ - 10³⁰ at 120 precinct in the lobby. Det
assumed to be Det kevin brown?. Det BRENDAN O'BRIEN(?)
He
agressively asked me while handcuffed "WHERE
ARE THE DRUGS" I said "there are none" he
Said " if you dont tell me where the drugs
are, I will tear apart your house & apartments,
destroy you, your family and business."

5/22 6 AM
During no knock warrant RAID @ my daughters
home 701 L Bay street SI NY 10264, police
interogated my GRANDCHILDREN ages 7 and 10,
tooked their tablets and asked them for
their passwords and more after their mom
& boyfriend were taken away.

Exhibit # 3

 

# CIVILIAN COMPLAINT REVIEW BOARD
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb

ERIC L. ADAMS
MAYOR

ARVA RICE
INTERIM CHAIR

**IAB REF#: 202407827**

August 07, 2024

Ettore Mazzei
1500 Hazen Street MC 6B-Book/Case5412400411
East Elmhurst, NY 11370

Dear Ettore Mazzei:

The Civilian Complaint Review Board has a specific jurisdiction when it is investigating allegations against sworn members of the NYPD. Some allegations do not fall under the jurisdiction of the CCRB and fall under the jurisdiction of another entity, which is the case here.

As a result, we are forwarding your complaint to the **Internal Affairs Bureau**, so they can take appropriate action. Please expect to hear from someone from that organization who will be investigating your incident. They will be able to explain to you in detail how their process works. Your continued willingness to participate in this extremely important process with the **Internal Affairs Bureau** is greatly appreciated.

If you have any questions, please contact the **Internal Affairs Bureau at 315 Hudson Street 3 Fl, New York NY 10013; telephone (212) 741-8414**. Make sure you have the reference number at the top of this page when reaching out to them.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information from citizens like you regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board is grateful for the effort you have already put forth in furthering this goal.

Sincerely,

Eshwarie Mahadeo
Director of Case Management

*EXHIBIT #4    Pg 1*

*2  SIDED*

tenants or associates, who were also involved in criminal activity, he reported those individuals to law enforcement, including the NYPD, the FBI, and the RCDA in an attempt to prevent those individuals from retaliating against him and reporting Maz's crimes to law enforcement. On many occasions, after Maz reported these individuals and they were arrested, Maz often bragged to others that he was the reason for these individuals' arrests.

*#20 is a LIE*

20.    An analysis of financial documentation associated with Maz's businesses revealed that these entities are not profitable and conduct little to no legitimate business. Based on my investigation, Maz's primary source of income is his narcotics operation and his financial crimes, which he has been committing for over three decades.

*2021 tax return gross $3901*

21.    Our investigation has revealed that Maz has numerous business and personal bank accounts at Santander, Northfield, Chase, and Catskill Hudson Banks. In addition, Maz has a safe deposit box, #10000001468560, located at Chase Bank, 621 Bay Street, Staten Island, New York, 10304, in the names of Ettore Mazzei and Rebecca Heflin, Maz's Safe Deposit Box, and an Interactive Brokers Account, #U4280428, Maz's Broker Account. Based on the evidence described below, it is my belief that Maz uses Maz's Safe Deposit Box and Maz's Broker Account to store illegal narcotics trafficking and financial related criminal proceeds.

*forensic accountant missed my 1040's?*

*$100k in city state federal taxes paid by year*

### 691 BAY STREET
### MAZ'S CATERING HALL, MAZ'S DORMS,
### MAZ'S BAR & MAZ'S RECORDING STUDIO

22.    Over the course of this investigation, I and members of my team have conducted surveillance at 691, 695, 701 and 703 Bay Street, Staten Island, New York on numerous occasions. In addition, numerous pole cameras were installed in the vicinity of Maz's properties. Thus, I am familiar with all of Maz's Bay Street properties. 691 Bay Street is a three-story, commercial, retail property, with a basement, located on Bay Street, between Dock Street and Vanderbilt Avenue, in Staten Island, New York. 691 Bay Street consists of Maz's Catering Hall, Maz's Bar, Maz's Recording Studio, and Maz's Dorms. Maz's Catering Hall is located on the first and second floors, and includes an outdoor deck, with a kitchen in the basement. Maz's Bar and Maz's Recording Studio are also located in the basement of the property. Maz recently converted the third floor of Maz's Catering Hall into dormitory style living during the COVID pandemic, consisting of several single occupancy rooms (Maz's Dorms) and a shared common living space. Currently, there are numerous tenants who reside in Maz's Dorms, including Martucci, Angelina Grube, William Sheppard, Joro, Rudolfo Casiano, Dawn Cole, Margorie Walton, Christopher Stokes, and Edill Lopez.

23.    691 Bay Street is clearly marked with "691" on the front door of the location on the street level. In addition, the front of the building has "Chez Vous Caterers" and "Edgewater Hall" clearly displayed on the awning of the location. 695 Bay Street is attached to 691 Bay Street on the right side. The exterior of the location consists of glass store front windows on the street level, and red brick on the second and third floors of the building. The second and third floors each contain numerous windows and two fire escapes. There are several surveillance cameras affixed to the exterior of the building.

10

*2 year investigation, 7 month wiretap and the nefarous emperor of drug dealing never was caught selling anything    (over)*

EXHIBIT #4 PG2

thousand narcotics-related arrests. During Detective O'Brien's career, he has participated in ten wiretap investigations, most of which involved narcotics, gangs, and firearms. As a result, Detective O'Brien has listened to and reviewed thousands of intercepted conversations regarding this illegal activity, most of which utilized coded language. Detective O'Brien has received training and has extensive experience in the investigation of the operation of narcotics trafficking and various other criminal schemes. Because of his over twenty years of law enforcement training and experience, Detective O'Brien has become familiar with the various methods of narcotics trafficking, including but not limited to, their different methods of communication, including, the frequent use of cell phones, the use of multiple cell phones, text messaging, communication over the internet, the frequent changing of cell phones, the use of code words, cryptic language, and other methods of avoiding detection by law enforcement. Detective O'Brien is the monitoring plant manager for this investigation.

5.       In addition to my reliance on Detective Brendan O'Brien, I am also relying on the training and experience of Katelyn Tierney, a forensic accountant employed by the Richmond County District Attorney's Office (hereinafter, "RCDA"). She has extensive experience in the analysis and review of criminal financial activity, including the review of bank statements, records from government agencies, tax returns of individuals and businesses, as well as other financial records. Ms. Tierney graduated from The College of New Jersey with a degree in accounting in 2013 and became a Certified Public Accountant in 2015. She has currently been employed with RCDA for approximately six years. During that time, she has participated in over twenty investigations involving the analysis and review of financial records as described above. Additionally, she has given sworn grand jury testimony over a dozen times regarding her analysis of financial records. Prior to being employed with RCDA, Ms. Tierney worked at a public accounting firm for four years.

6.       This affidavit is submitted in support of an application for warrants to search:

a)       691 Bay Street, Edgewater Hall, Chez Vous Caterers, 1st and 2nd Floors, Staten Island, New York (hereinafter, "**Maz's Catering Hall**");

b)       691 Bay Street, 3rd Floor, including all residential units, Staten Island, New York (hereinafter, "**Maz's Dorms**");

c)       691 Bay Street, Basement Bar, Staten Island, New York (hereinafter, "**Maz's Bar**");

d)       691 Bay Street, Basement Recording Studio, Staten Island, New York (hereinafter, "**Maz's Recording Studio**");

e)       695 Bay Street, The Richmond, Staten Island, New York (hereinafter, "**The Richmond**");

f)       701R Bay Street, Staten Island, New York (hereinafter, "**701R**");

g)       701L Bay Street, Staten Island, New York (hereinafter, "**701L**");

h)       701 Bay Street, Chez Vous Catering Office, Staten Island, New York (hereinafter, "**Maz's Catering Office**");

i)       703 Bay Street, Staten Island, New York (hereinafter, "**Maz's House**");

j)       17 Osgood Avenue, 1st Floor apartment, Staten Island, New York (hereinafter, "**Tatiana's House**");

3

EXHIBIT #4    pg 3

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

DETECTIVE ARTHUR TRUSCELLI, Shield Number 691, being duly sworn, deposes and says:

1. I have been a member of the New York City Police Department (hereinafter, "NYPD") for approximately twenty-two years, and a detective for approximately eleven years. I have been assigned to the NYPD's Narcotics Borough Staten Island (hereinafter, "NBSI"), for approximately nine years.

2. I have been trained in the identification of marihuana, narcotics, controlled substances, packaging materials, and related drug paraphernalia. I have completed the NYPD's Narcotics Investigator's Course, which among other things, familiarizes police officers with the methods of operation of selling and packaging illegal narcotics. During my career, I have participated in over one thousand arrests where narcotics or controlled substances were recovered. In addition, I have participated in over one hundred long-term narcotics-related investigations, which have resulted in numerous arrests. I have participated in the execution of over one hundred search warrants where narcotics, controlled substances, and firearms were recovered. Moreover, I have conducted approximately five hundred debriefings of suspects regarding narcotics trafficking. I have also been the case officer for investigations into narcotics activity for over two hundred cases utilizing confidential informants. During my career, I have participated in approximately ten wiretap investigations, which involved narcotics, gangs, and firearms. Consequently, I have listened to thousands of intercepted conversations regarding illegal activity, most of which utilized coded language. In addition, I have conducted many hours of surveillance of individuals buying, selling, and transporting narcotics.

3. I have also received instruction at the NYPD's Criminal Investigator's Course on how to conduct long-term investigations, and how to interview and debrief suspects and witnesses. My investigative team in this case is made up of police officers and detectives assigned to NBSI. The members of my investigative team have similar work experience, and I continue to have conversations with them concerning this investigation as well as other similar investigations. As a result of my training and experience, I am familiar with the methods of operation of narcotics enterprises, including, but not limited to, the methods of importing, packaging, transferring, and distributing narcotics on both the street and wholesale levels; and their different methods of communication, including, the frequent use of cell phones, the use of multiple cell phones, the frequent changing of cell phones, the use of coded and cryptic language, and other methods of avoiding detection by law enforcement.

4. Throughout this investigation, I have been working with several other experienced members of law enforcement and will continue to do so. Additionally, I also rely upon the training and experience of my team member, Detective Brendan O'Brien (hereinafter, "Detective O'Brien"), a twenty-six-year veteran of the NYPD, who is also assigned to NBSI. Detective O'Brien has been assigned to NBSI for the last twenty years. Overall, Detective O'Brien has participated in over one

2

(2 SIDED)

EXHIBIT# 4   pg 4

crimes; Maz owns Maz's Catering Hall, Maz's Dorms, Maz's Bar, Maz's Recording Studio, 701L, Maz's Catering Office, 701R, and The Richmond; Maz owns and resides at Maz's House; Tatiana resides at Tatiana's House; Koloden works at The Accountant's Office; Maz and his co-conspirators, accomplices, agents, and others are utilizing THE TARGET PREMISES in furtherance of their narcotics and financial related-criminal activities; Maz and his associates use all of THE TARGET PREMISES to store evidence of their narcotics and financial-related crimes, including narcotics, paraphernalia, drug and financial records, and illegal narcotics trafficking and financial-related criminal proceeds; Maz and Koloden use The Accountant's Office to store evidence of their financial-related crimes, including financial and tax records; Maz uses Maz's Safe Deposit Box and Maz's Broker Account to store illegal narcotics trafficking and financial-related criminal proceeds; and that the items described above will be found inside of the above-described TARGET PREMISES, The Accountant's Office, Maz's Safe Deposit Box, Maz's Broker Account, and on the persons of Maz and Melissa.

WHEREFORE, I respectfully request that the Court issue warrants and orders of seizure in the forms annexed, authorizing a search of THE TARGET PREMISES, The Accountant's Office, and the persons of MAZ and MELISSA, and a search and seizure of MAZ'S SAFE DEPOSIT BOX and MAZ'S BROKER ACCOUNT, any time day or night, for the above described property, and directing that if such property or evidence or any part thereof be found that it be seized and brought before the Court. It is also requested that the officers executing the warrant be permitted to enter the above premises without giving prior notice of authority and purpose.

Further, it is requested that this affidavit be sealed based upon the confidential information and ongoing nature of the investigation, said sealing to be disturbed only by Order of the Court.

No previous application in this matter has been made to any other judge, justice, or magistrate.

False statements made herein are punishable as a class A misdemeanor pursuant to §210.45 of the Penal Law.

Detective Arthur Truscelli
Shield Number 691
Narcotics Borough Staten Island

Dated: 5/20/2024
Time: 2:28 p.m.
Staten Island, New York

HONORABLE MARIO MATTEI
JUSTICE OF THE SUPREME COURT
STATE OF NEW YORK

Hon. Mario F. Mattei

DET. TRUSCELLI                                55

*EM +*
*GP*
*GJ*
*MINUTE*
*( 1 )*

1          JUROR:  I was wondering if he

2          can answer this question.

3          Are you going to investigate

4          who is the supplier of Ettore

5          Mazzei and --

6          MS. MOLFETTA:  You can't

7          comment on the -- good

8          question, like nice that you

9          want to know, unfortunately

10         for Grand Jury purposes --

11         JUROR:  The big fish.

12    Q        Detective, during this

13    investigation thus far, did you determine, did

14    you form an opinion who you believed Ettore

15    Mazzei's suppliers have been?

16    A        Yes.

17    Q        And what was that opinion?

18    A        Kadeem Lewis is the primary

19    supplier as well as Pedro Hernandez.

20    *ETTORE IS "THE*        JUROR:  I have a question, so

21    *BIG FISH" JUROR*       in all of this, and I know

22    *IS REFERRING TO.*      that he, whatever his name

23    *HE NEVER GAVE OR*      is, one of the big fish, I

24    *SOLD DRUGS TO*         never heard that he actually

25    *ANYBODY*               gave anything to anybody, so

**SCHEDULE E**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Supplemental Income and Loss
(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041.
▶ Go to *www.irs.gov/ScheduleE* for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **13**

Name(s) shown on return
Ettore D Mazzei

Your social security number
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

## Part I — Income or Loss From Rental Real Estate and Royalties
Note: If you are in the business of renting personal property, use Schedule C. See instructions. If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

**A** Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions . . . . . . ☐ Yes ☒ No
**B** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)

| | |
|---|---|
| A | 701 BAY STREET Staten Island NY 10304 |
| B | 691 Bay St  Staten Island NY 10304 |
| C | 46 Chestnut LLC Liberty NY 12754 |

| 1b | Type of Property (from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| A | 2 | | A | 365 | 0 | ☐ |
| B | 2 | | B | 365 | 0 | ☐ |
| C | 1 | | C | 365 | 0 | ☐ |

**Type of Property:**
1 Single Family Residence   3 Vacation/Short-Term Rental   5 Land   7 Self-Rental
2 Multi-Family Residence   4 Commercial   6 Royalties   8 Other (describe)

| Income: | Properties: | | A | B | C |
|---|---|---|---|---|---|
| 3 | Rents received . . . . . . . . . . . | 3 | 62,350. | 208,000. | 5,000. |
| 4 | Royalties received . . . . . . . . . . | 4 | | | |
| **Expenses:** | | | | | |
| 5 | Advertising . . . . . . . . . . . . | 5 | | | |
| 6 | Auto and travel (see instructions) . . . . . | 6 | | 3,650. | |
| 7 | Cleaning and maintenance . . . . . . . | 7 | 3,600. | 6,700. | |
| 8 | Commissions. . . . . . . . . . . . | 8 | | | |
| 9 | Insurance . . . . . . . . . . . . | 9 | 1,600. | 9,655. | 400. |
| 10 | Legal and other professional fees . . . . | 10 | | | |
| 11 | Management fees . . . . . . . . . . | 11 | | | |
| 12 | Mortgage interest paid to banks, etc. (see instructions) | 12 | 12,850. | 38,125. | |
| 13 | Other interest. . . . . . . . . . . | 13 | | | |
| 14 | Repairs. . . . . . . . . . . . . | 14 | 7,545. | 19,551. | 7,550. |
| 15 | Supplies . . . . . . . . . . . . | 15 | | | |
| 16 | Taxes. . . . . . . . . . . . . . | 16 | 9,750. | 56,125. | 8,715. |
| 17 | Utilities . . . . . . . . . . . . | 17 | 4,700. | 12,128. | |
| 18 | Depreciation expense or depletion . . . . | 18 | 6,647. | 17,943. | 888. |
| 19 | Other (list) ▶ | 19 | | | |
| 20 | Total expenses. Add lines 5 through 19 . . . | 20 | 46,692. | 163,877. | 17,553. |
| 21 | Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file Form 6198 . . . . . . . . . . . | 21 | 15,658. | 44,123. | -12,553. |
| 22 | Deductible rental real estate loss after limitation, if any, on Form 8582 (see instructions) . . . . . . | 22 | ( ) | ( ) | ( 12,553. ) |

| 23a | Total of all amounts reported on line 3 for all rental properties . . . . | 23a | 275,350. |
| b | Total of all amounts reported on line 4 for all royalty properties . . . . | 23b | |
| c | Total of all amounts reported on line 12 for all properties . . . . . | 23c | 50,975. |
| d | Total of all amounts reported on line 18 for all properties . . . . . | 23d | 25,478. |
| e | Total of all amounts reported on line 20 for all properties . . . . . | 23e | 228,122. |
| 24 | **Income.** Add positive amounts shown on line 21. **Do not** include any losses . . . . . . . | 24 | 59,781. |
| 25 | **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here . . | 25 | ( 12,553. ) |
| 26 | **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Schedule 1 (Form 1040), line 5. Otherwise, include this amount in the total on line 41 on page 2 . . | 26 | 47,228. |

**For Paperwork Reduction Act Notice, see the separate instructions.**      Schedule E (Form 1040) 2021

BAA   REV 05/18/22 PRO

Form **4797**

Department of the Treasury
Internal Revenue Service

**Sales of Business Property**
**(Also Involuntary Conversions and Recapture Amounts**
**Under Sections 179 and 280F(b)(2))**

▶ **Attach to your tax return.**
▶ Go to *www.irs.gov/Form4797* for instructions and the latest information.

OMB No. 1545-0184

**2021**

Attachment
Sequence No. **27**

Name(s) shown on return

Ettore D Mazzei

Identifying number

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

| | | |
|---|---|---|
| **1a** | Enter the gross proceeds from sales or exchanges reported to you for 2021 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions | **1a** |
| **b** | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets. | **1b** |
| **c** | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets. | **1c** |

**Part I**  **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year** (see instructions)

| 2 | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft | **6** | 46,671. |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | **7** | 46,671. |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | **9** | |

**Part II**  **Ordinary Gains and Losses** (see instructions)

| 10 | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 | **11** | ( ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable | **12** | |
| **13** | Gain, if any, from line 31 | **13** | 0. |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | **16** | |
| **17** | Combine lines 10 through 16. | **17** | 0. |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | **18b** | 0. |

**For Paperwork Reduction Act Notice, see separate instructions.**   **BAA**   REV 05/18/22 PRO   Form **4797** (2021)

Form 1040 (2021)

| | | | |
|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ | 16 | 6,831. |
| 17 | Amount from Schedule 2, line 3 | 17 | |
| 18 | Add lines 16 and 17 | 18 | 6,831. |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| 20 | Amount from Schedule 3, line 8 | 20 | |
| 21 | Add lines 19 and 20 | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 6,831. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 0. |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | 24 | 6,831. |
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 ........ | 25a | 51. |
| b | Form(s) 1099 ........ | 25b | |
| c | Other forms (see instructions) | 25c | |
| d | Add lines 25a through 25c | 25d | 51. |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | 26 | |
| 27a | Earned income credit (EIC) | 27a | |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | |
| b | Nontaxable combat pay election | 27b | |
| c | Prior year (2019) earned income | 27c | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| 30 | Recovery rebate credit. See instructions | 30 | |
| 31 | Amount from Schedule 3, line 15 | 31 | 2,000. |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** ▶ | 32 | 2,000. |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | 33 | 2,051. |

*If you have a qualifying child, attach Sch. EIC.*

| | | | |
|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 35a | |

Direct deposit? See instructions.
▶ b Routing number | X X X X X X X X X | ▶ c Type: ☐ Checking ☐ Savings
▶ d Account number | X X X X X X X X X X X X X X X X X |

| | | | |
|---|---|---|---|
| | 36 | Amount of line 34 you want applied to your **2022 estimated tax** ▶ | 36 | |
| **Amount You Owe** | 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | 37 | 4,780. |
| | 38 | Estimated tax penalty (see instructions) ▶ | 38 | |

| | | |
|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ **Yes. Complete below.** ☒ **No** | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
| | | Manager | |
| Spouse's signature. If a joint return, **both must sign.** | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |
| Phone no. | | Email address | |

*Joint return? See instructions. Keep a copy for your records.*

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| Michael Koloden | Michael Koloden | 06/09/2022 | P00932147 | ☐ Self-employed |
| Firm's name ▶ Koloden and Harris | | | Phone no. (718) 360-5337 | |
| Firm's address ▶ 7308 18th Ave Brooklyn NY 11204 | | | Firm's EIN ▶ 27-1352099 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.    BAA    REV 05/18/22 PRO    Form **1040** (2021)

Form **8582**

Department of the Treasury
Internal Revenue Service (99)

## Passive Activity Loss Limitations

▶ See separate instructions.
▶ Attach to Form 1040, 1040-SR, or 1041.
▶ Go to *www.irs.gov/Form8582* for instructions and the latest information.

OMB No. 1545-1008

**2021**

Attachment
Sequence No. **858**

Name(s) shown on return
Ettore D Mazzei

Identifying number
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

| **Part I** | **2021 Passive Activity Loss** |
|---|---|

Caution: Complete Parts IV and V before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation. see *Special Allowance for Rental Real Estate Activities* in the instructions.)

| | | | | |
|---|---|---|---|---|
| 1a | Activities with net income (enter the amount from Part IV, column (a)) . . . | **1a** | 59,781. | |
| b | Activities with net loss (enter the amount from Part IV, column (b)) . . . . | **1b** ( | 0. ) | |
| c | Prior years' unallowed losses (enter the amount from Part IV, column (c)) . . | **1c** ( | ) | |
| d | Combine lines 1a, 1b, and 1c . . . . . . . . . . . . . . . . . . | | | **1d** | 59,781. |

**All Other Passive Activities**

| | | | | |
|---|---|---|---|---|
| 2a | Activities with net income (enter the amount from Part V, column (a)) . . . | **2a** | 46,671. | |
| b | Activities with net loss (enter the amount from Part V, column (b)) . . . . | **2b** ( | -12,553. ) | |
| c | Prior years' unallowed losses (enter the amount from Part V, column (c)) . . | **2c** ( | ) | |
| d | Combine lines 2a, 2b, and 2c . . . . . . . . . . . . . . . . . . | | | **2d** | 34,118. |

| | | | |
|---|---|---|---|
| 3 | Combine lines 1d and 2d. If this line is zero or more, stop here and include this form with your return; all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. Report the losses on the forms and schedules normally used . . . . . . . . . . . . . . . | **3** | 93,899. |

If line 3 is a loss and: • Line 1d is a loss, go to Part II.
• Line 2d is a loss (and line 1d is zero or more), skip Part II and go to line 10.

**Caution:** If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II. Instead, go to line 10.

| **Part II** | **Special Allowance for Rental Real Estate Activities With Active Participation** |
|---|---|

Note: Enter all numbers in Part II as positive amounts. See instructions for an example.

| | | | | |
|---|---|---|---|---|
| 4 | Enter the **smaller** of the loss on line 1d or the loss on line 3 . . . . . . . | | **4** | |
| 5 | Enter $150,000. If married filing separately, see instructions . . . . . . | **5** | | |
| 6 | Enter modified adjusted gross income, but not less than zero. See instructions | **6** | | |
| | **Note:** If line 6 is greater than or equal to line 5, skip lines 7 and 8 and enter -0- on line 9. Otherwise, go to line 7. | | | |
| 7 | Subtract line 6 from line 5 . . . . . . . . . . . . . . . | **7** | | |
| 8 | Multiply line 7 by 50% (0.50). **Do not** enter more than $25,000. If married filing separately, see instructions | | **8** | |
| 9 | Enter the **smaller** of line 4 or line 8 . . . . . . . . . . . . . . . . . | | **9** | 0. |

| **Part III** | **Total Losses Allowed** |
|---|---|

| | | | |
|---|---|---|---|
| 10 | Add the income, if any, on lines 1a and 2a and enter the total . . . . . . . . | **10** | |
| 11 | **Total losses allowed from all passive activities for 2021.** Add lines 9 and 10. See instructions to find out how to report the losses on your tax return . . . . . . . . . . . . . . | **11** | |

| **Part IV** | **Complete This Part Before Part I, Lines 1a, 1b, and 1c. See instructions.** |
|---|---|

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | **(a)** Net income (line 1a) | **(b)** Net loss (line 1b) | **(c)** Unallowed loss (line 1c) | **(d)** Gain | **(e)** Loss |
| 701 BAY STREET | 15,658. | 0. | | 15,658. | |
| 691 Bay St | 44,123. | 0. | | 44,123. | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total.** Enter on Part I, lines 1a, 1b, and 1c ▶ | 59,781. | 0. | | | |

For Paperwork Reduction Act Notice, see instructions.     **BAA**     REV 05/18/22 PRO     Form **8582** (2021)

Form 4797 (2021)                                                                      **Page 2**

**Part III**    **Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255** (see instructions)

| 19 | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|---|
| **A** | 46 Chestnut LLC | | 01/01/2008 | 03/01/2021 |
| **B** | | | | |
| **C** | | | | |
| **D** | | | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | **Property A** | **Property B** | **Property C** | **Property D** |
|---|---|---|---|---|---|
| 20 | Gross sales price (Note: See line 1a before completing.) . | **20** | 130,000. | | | |
| 21 | Cost or other basis plus expense of sale . . . . . | **21** | 132,217. | | | |
| 22 | Depreciation (or depletion) allowed or allowable. . . | **22** | 48,888. | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21. . . . | **23** | 83,329. | | | |
| 24 | Total gain. Subtract line 23 from line 20 . . . . . | **24** | 46,671. | | | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 . . . | **25a** | | | | |
| b | Enter the **smaller** of line 24 or 25a. . . . . . . | **25b** | | | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975. See instructions . | **26a** | 0. | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a. See instructions. . . . . . . | **26b** | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 isn't more than line 26a, skip lines 26d and 26e | **26c** | 46,671. | | | |
| d | Additional depreciation after 1969 and before 1976. . | **26d** | | | | |
| e | Enter the **smaller** of line 26c or 26d . . . . . | **26e** | | | | |
| f | Section 291 amount (corporations only) . . . . . | **26f** | | | | |
| g | Add lines 26b, 26e, and 26f . . . . . . . . . | **26g** | 0. | | | |
| 27 | **If section 1252 property:** Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| a | Soil, water, and land clearing expenses . . . . . | **27a** | | | | |
| b | Line 27a multiplied by applicable percentage. See instructions | **27b** | | | | |
| c | Enter the **smaller** of line 24 or 27b . . . . . . | **27c** | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion. See instructions | **28a** | | | | |
| b | Enter the **smaller** of line 24 or 28a. . . . . . . | **28b** | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126. See instructions . . . . | **29a** | | | | |
| b | Enter the **smaller** of line 24 or 29a. See instructions | **29b** | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 . . . . . . . . . | **30** | 46,671. |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 . . . . . . | **31** | 0. |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 . . . . . . . . . . . . . . . . . . | **32** | 46,671. |

**Part IV**    **Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less** (see instructions)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years. . . . . . . . . | **33** | | |
| 34 | Recomputed depreciation. See instructions . . . . . . . . . . . . . . . . . | **34** | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report . . | **35** | | |

REV 05/18/22 PRO                                                 Form **4797** (2021)

EXHIBIT 5

# Form **8879**

(Rev. January 2021)

Department of the Treasury
Internal Revenue Service

## IRS *e-file* Signature Authorization

► ERO must obtain and retain completed Form 8879.
► Go to *www.irs.gov/Form8879* for the latest information.

OMB No. 1545-0074

Submission Identification Number (SID) ►

| Taxpayer's name | Social security number |
|---|---|
| Ettore D Mazzei | 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 |
| Spouse's name | Spouse's social security number |

### Part I    Tax Return Information — Tax Year Ending December 31, 2021 (Enter year you are authorizing.)

Enter whole dollars only on lines 1 through 5.

**Note:** Form 1040-SS filers use line 4 only. Leave lines 1, 2, 3, and 5 blank.

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income . . . . . . . . . . . . . . . . . . . . . . | **1** | 62,904. |
| 2 | Total tax . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 6,831. |
| 3 | Federal income tax withheld from Form(s) W-2 and Form(s) 1099 . . . . . . | **3** | 51. |
| 4 | Amount you want refunded to you . . . . . . . . . . . . . . . . | **4** | |
| 5 | Amount you owe . . . . . . . . . . . . . . . . . . . . . . | **5** | 4,780. |

### Part II    Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of the income tax return (original or amended) I am now authorizing, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from the income tax return (original or amended) I am now authorizing. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537.** Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for the income tax return (original or amended) I am now authorizing and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

☒ I authorize  Koloden and Harris  to enter or generate my PIN   6 9 6 9 4   as my
                          ERO firm name                                                      Enter five digits, but
                                                                                                            don't enter all zeros

signature on the income tax return (original or amended) I am now authorizing.

☐ I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ► _____   Date ► _____

**Spouse's PIN: check one box only**

☐ I authorize _____ to enter or generate my PIN   ☐☐☐☐☐   as my
                          ERO firm name                                                      Enter five digits, but
                                                                                                            don't enter all zeros

signature on the income tax return (original or amended) I am now authorizing.

☐ I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ► _____   Date ► _____

### Practitioner PIN Method Returns Only—continue below

### Part III    Certification and Authentication — Practitioner PIN Method Only

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   1 2 - 6 3 2 1 1 2 3 5
                                                                                                            Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the electronic individual income tax return (original or amended) I am now authorized to file for tax year indicated above for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Pub. 1345, Handbook for Authorized IRS *e-file* Providers of Individual Income Tax Returns.

ERO's signature ► _____   Date ► _____

### ERO Must Retain This Form — See Instructions
### Don't Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see your tax return instructions.    BAA    REV 05/18/22 PRO    Form **8879** (Rev. 01-2021)

EXHIBIT #5 page 8

**Page 4 of 4**  IT-201 (2021)  REV 05 07/22 PRO

Your Social Security number: 099569694

62  Enter amount from line 61 ...................................................... | **62** | 3043.00

---

**Payments and refundable credits** *(see pages 26 through 29)*

| | | |
|---|---|---|
| 63 Empire State child credit ................................... | **63** | .00 |
| 64 NYS/NYC child and dependent care credit .................... | **64** | .00 |
| 65 NYS earned income credit (EIC) ............................ | **65** | .00 |
| 66 NYS noncustodial parent EIC .............................. | **66** | .00 |
| 67 Real property tax credit ................................. | **67** | .00 |
| 68 College tuition credit ................................... | **68** | .00 |
| 69 NYC school tax credit (fixed amount) *(also complete F on page 1)* | **69** | .00 |
| 69a NYC school tax credit (rate reduction amount) .............. | **69a** | .00 |
| 70 NYC earned income credit ................................ | **70** | .00 |
| 70a This line intentionally left blank ......................... | **70a** | |
| 71 Other refundable credits *(Form IT-201-ATT, line 18)* .......... | **71** | .00 |
| 72 Total **New York State** tax withheld ....................... | **72** | 154.00 |
| 73 Total **New York City** tax withheld ........................ | **73** | 89.00 |
| 74 Total **Yonkers** tax withheld ............................. | **74** | .00 |
| 75 Total estimated tax payments and amount paid with Form IT-370 | **75** | 500.00 |
| 76 **Total payments** (add lines 63 through 75) ................. | **76** | 743.00 |

If applicable, complete **Form(s) IT-2** and/or IT-1099-R and submit them with your return *(see page 11)*.

**Do not send federal Form W-2 with your return.**

---

**Your refund, amount you owe, and account information** *(see pages 30 through 32)*

| | | |
|---|---|---|
| 77 **Amount overpaid** (if line 76 is **more than** line 62, subtract line 62 from line 76; see page 30) ... | **77** | .00 |
| 78 Amount of line 77 **available for refund** (subtract line 79 from line 77) ................ | **78** | .00 |
| TIP: Use this amount to check your refund status online. | | |
| 78a Amount of line 78 that you want to deposit into a NYS 529 account (Form IT-195, line 4) (also submit Form IT-195) | **78a** | .00 |
| 78b Total refund after NYS 529 account deposit (subtract line 78a from line 78) | **78b** | .00 |

Mark one refund choice:  ☐ **direct deposit** to checking or savings account *(fill in line 83)*  - or -  ☐ **paper check**

**Refund?** Direct deposit is the easiest, fastest way to get your refund.

See page 31 for payment options.

| | | |
|---|---|---|
| 79 Amount of line 77 that you want applied to your 2022 estimated tax *(see instructions)* ...... | **79** | .00 |
| 80 Amount **you owe** (if line 76 is **less than** line 62, subtract line 76 from line 62). To pay by electronic funds withdrawal, mark an **X** in the box ☒ and fill in lines 83 and 84. If you pay by check or money order you **must** complete Form IT-201-V and mail it with your return. ... | **80** | 2300.00 |
| 81 Estimated tax penalty *(include this amount in line 80 or reduce the overpayment on line 77; see page 31)* ... | **81** | .00 |
| 82 Other penalties and interest *(see page 31)* ................ | **82** | .00 |

See page 34 for the proper assembly of your return.

83 Account information for direct deposit or electronic funds withdrawal *(see page 32)*.
If the funds for your payment (or refund) would come from (or go to) an account outside the U.S., mark an **X** in this box *(see pg. 32)* ☐

83a Account type:  ☒ Personal checking  - or -  ☐ Personal savings  - or -  ☐ Business checking  - or -  ☐ Business savings

83b Routing number: 231372691     83c Account number: 3151074499

84 Electronic funds withdrawal *(see page 32)* ....... Date: 06092022     Amount: 2300.00

---

**Third-party designee?** *(see instr.)*  Yes ☒  No ☐

Print designee's name: MICHAEL KOLODEN
Designee's phone number: ( 718 )360 5337
Personal identification number (PIN):
Email:

---

**▼ Paid preparer must complete ▼** *(see instructions)*

Preparer's NYTPRIN:     NYTPRIN excl. code: 0 3

Preparer's signature: MICHAEL KOLODEN     Preparer's printed name: MICHAEL KOLODEN

Firm's name *(or yours, if self-employed)*: KOLODEN AND HARRIS     Preparer's PTIN or SSN: P00932147

Address: 7308 18TH AVE     Employer identification number: 271352099

BROOKLYN NY 11204     Date: 06092022

Email: MICHAEL.KOLODENCPA@GMAIL.COM

**▼ Taxpayer(s) must sign here ▼**

Your signature:

Your occupation: MANAGER

Spouse's signature and occupation *(if joint return)*:

Date:     Daytime phone number:

Email:

---

**See instructions for where to mail your return.**

201004213555



Exhibit # 6

Form 14-B&M-71302 (4b)  114

# DEPARTMENT OF BUILDINGS

**BOROUGH OF** RICHMOND , THE CITY OF NEW YORK

No.

Date

# CERTIFICATE OF OCCUPANCY

(Standard form adopted by the Board of Standards and Appeals and issued pursuant to Section 646 of the New York Charter, and Sections C.26-181.0 to C.26-187.0 inclusive Administrative Code 2.13.1. to 2.13.7. Building Code.)

This certificate supersedes C. O. No.

To the owner or owners of the building or premises:

THIS CERTIFIES that the NEW altered ELEEN building—premises located at

691, 695 & 699 Bay Street E/S 0' South of Rock St.

Block 495    Lot 54

, conforms substantially to the approved plans and specifications, and to the requirements of the building code and all other laws and ordinances, and of the rules and regulations of the Board of Standards and Appeals, applicable to a building of its class and kind at the time the permit was issued; and

CERTIFIES FURTHER, that, any provisions of Section 646F of the New York Charter have been complied with, as certified by a report of the Fire Commissioner to the Borough Superintendent.

NEW Alt No.— 846/55                          Construction classification— III

Occupancy classification— Comm'l. & Res.    Height 3 stories, 40 feet.

Date of completion— 5-15-58      Located in Business Use District.

D     Area 1½       Height Zone at time of issuance of permit

This certificate is issued subject to the limitations hereinafter specified and to the following resolutions of the Board of Standards and Appeals:    (Calendar numbers to be inserted here)

## PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOADS Lbs per Sq. Ft. | PERSONS ACCOMMODATED | | | USE |
|---|---|---|---|---|---|
| | | MALE | FEMALE | TOTAL | |
| **691 Bay St.** | | | | | |
| Cellar | On ground | — | — | 50 | Show room, offices accessory storage and heating plant |
| 1st. Floor | 100 | — | — | 50 | Sales & display |
| 2nd. Floor | 50 | 35 | — | 35 | Dining Room, kitchen, food storage and TV room |
| 3rd. Floor | 50 | 35 | — | 35 | Mens dormitory |
| **695 Bay St.** | | | | | |
| Cellar | On ground | 1 | — | 1 | Heating plant and accessory storage |
| 1st. Floor | 100 | 2 | — | 2 | Furniture repair and clothing sorting |
| 2nd. Floor | 40 | — | — | 8 | Two (2) apartments |
| **699 Bay St.** | | | | | |
| Cellar | On ground | — | — | | Heating plant and accessory storage |
| 1st. Floor | 100 | — | — | 75 | Mission chapel |
| 2nd. Floor | 40 | — | — | 5 | One (1) apartment |

691

695

699

$1000 50

Borough Superintendent

**CERTIFICATE WILL BE NULL AND VOID IF ALTERED IN ANY MANNER OR ADDITIONS ARE MADE THERETO.**
(Page 1)

## NO CHANGES OF USE OR OCCUPANCY NOT CONSISTENT WITH THIS CERTIFICATE SHALL BE MADE UNLESS FIRST APPROVED BY THE BOROUGH SUPERINTENDENT

Unless an approval for the same has been obtained from the Borough Superintendent, no change or rearrangement in the structural parts of the building, or affecting the light and ventilation of any part thereof, or in the exit facilities, shall be made; no enlargement, whether by extending on any side or by increasing in height, shall be made; nor shall the building be moved from one location or position to another; nor shall there be any reduction or diminution of the area of the lot or plot on which the building is located.

The building or any part thereof shall not be used for any purpose other than that for which it is certified.

The superimposed, uniformly distributed loads, or concentrated loads producing the same stresses in the construction in any story shall not exceed the live loads specified on reverse side; the number of persons of either sex in any story shall not exceed that specified when sex is indicated, nor shall the aggregate number of persons in any story exceed the specified total; and the use to which any story may be put shall be restricted to that fixed by this certificate except as specifically stated.

This certificate does not in any way relieve the owner or owners or any other person or persons in possession or control of the building, or any part thereof from obtaining such other permits, licenses or approvals as may be prescribed by law for the uses or purposes for which the building is designed or intended; nor from obtaining the special certificates required for the use and operation of elevators; nor from the installation of fire alarm systems where required by law; nor from complying with any lawful order for additional fire extinguishing appliances under the discretionary powers of the fire commissioner; nor from complying with any lawful order issued with the object of maintaining the building in a safe or lawful condition; nor from complying with any authorized direction to remove encroachments into a public highway or other public place, whether attached to or part of the building or not.

If this certificate is marked "Temporary", it is applicable only to those parts of the building indicated on its face, and certifies to the legal use and occupancy of only such parts of the building; it is subject to all the provisions and conditions applying to a final or permanent certificate; it is not applicable to any building under the jurisdiction of the Housing Division unless it is also approved and endorsed by them, and it must be replaced by a full certificate at the date of expiration.

If this certificate is for an existing building, erected prior to March 14, 1916, it has been duly inspected and it has been found to have been occupied or arranged to be occupied prior to March 14, 1916, as noted on the reverse side, and that on information and belief, since that date there has been no alteration or conversion to a use that changed its classification as defined in the Building Code, or that would necessitate compliance with some special requirement or with the State Labor Law or any other law or ordinance; that there are no notices of violations or orders pending in the Department of Buildings at this time; that Section 646F of the New York City Charter has been complied with as certified by a report of the Fire Commissioner to the Borough Superintendent, and that, so long as the building is not altered, except by permission of the Borough Superintendent, the existing use and occupancy may be continued.

"§ 646 F. No certificate of occupancy shall be issued for any building, structure, enclosure, place or premises wherein containers for combustibles, chemicals, explosives, inflammables and other dangerous substances, articles, compounds or mixtures are stored, or wherein automatic or other fire alarm systems or fire extinguishing equipment are required by law to be or are installed, until the fire commissioner has tested and inspected and has certified his approval in writing of the installation of such containers, systems or equipment to the Borough Superintendent of the borough in which the installation has been made. Such approval shall be recorded on the certificate of occupancy."

Additional copies of this certificate will be furnished to persons having an interest in the building or premises, upon payment of a fee of fifty cents per copy.

REC
NY PR        FFICE

24 OCT 2    AM 11: 01

L41240041l

TREET RNDC MES

NY 11370



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

500 PEARL STREET

NEW YORK, NY 10007


Attn: pro SE INTAKE